**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: REESTABLISHMENT OF THE MAGISTERIAL DISTRICTS WITHIN THE 38th JUDICIAL DISTRICT OF THE COMMONWEALTH OF PENNSYLVANIA | : : : : : | NO. 525<br><br>MAGISTERIAL RULES DOCKET |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 27th day of December 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 38th Judicial District (Montgomery County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the elimination of Magisterial District 38-1-14, within Montgomery County, to be effective January 2, 2024, is granted; and that the Petition, which provides for the realignment of Magisterial Districts 38-1-02, 38-1-03, 38-1-06, 38-1-07, 38-1-09, 38-1-13, 38-1-19, 38-1-20, 38-1-22, 38-1-23, 38-2-04, and 38-2-08, within Montgomery County, to be effective January 2, 2024, is granted; and that the Petition, which also provides for the reestablishment of Magisterial Districts 38-1-01, 38-1-04, 38-1-05, 38-1-08, 38-1-10, 38-1-11, 38-1-12, 38-1-15, 38-1-16, 38-1-18, 38-1-21, 38-1-24, 38-1-25, 38-1-28, 38-2-02, 38-2-03, and, 38-2-09, within Montgomery County, to be effective immediately, is granted.

     Said Magisterial Districts shall be as follows:

| | |
|---|---|
| Magisterial District 38-1-01 | East Norriton Township |
| Magisterial District Judge Marc A. Alfarano | West Norriton Township |

Magisterial District 38-1-02
Magisterial District Judge Elizabeth A.
McHugh Casey

Jenkintown Borough
Cheltenham Township, Voting
Districts 3-2, 3-3, 5-1, 5-2, 5-3, 5-4,
6-1, 6-2, 6-3, 7-1, 7-2, 7-3

Magisterial District 38-1-03
Magisterial District Judge Christopher J. Cerski

Cheltenham Township, Voting
Districts 1-1, 1-2, 1-3, 1-4, 2-1, 2-2,
2-3, 2-4, 3-1, 3-4, 4-1, 4-2, 4-3, 4-4

Magisterial District 38-1-04
Magisterial District Judge John D. Kessler

Rockledge Borough
Abington Township, Voting Districts
1-1, 1-2, 1-3, 2-1, 2-2, 5-1, 5-2, 8-1,
8-2, 10-1, 10-2, 10-3, 11-2, 14-1, 14-
2, 15-1, 15-2

Magisterial District 38-1-05
Magisterial District Judge Juanita A. Price

Abington Township, Voting Districts
2-3, 3-1, 3-2, 3-3, 4-1, 4-2, 6-1, 6-2,
7-1, 7-2, 7-3, 9-1, 9-2, 11-1, 11-3,
12-1, 12-2, 12-3, 13-1, 13-2, 13-3

Magisterial District 38-1-06
Magisterial District Judge Henry J. Schireson

West Conshohocken Borough
Lower Merion Township, Voting
Districts 1-1, 1-2, 1-3, 2-1, 2-2, 2-3,
6-1, 6-2, 6-3, 11-3

Magisterial District 38-1-07
Magisterial District Judge Michael P. Quinn

Narberth Borough
Lower Merion Township, Voting
Districts 4-1, 4-2, 4-3, 5-1, 5-2, 5-3,
8-2, 8-4, 10-1, 10-2, 10-3, 11-1, 11-2

Magisterial District 38-1-08
Magisterial District Judge Katherine E.
McGill Magid

Springfield Township

Magisterial District 38-1-09
Magisterial District Judge Patrick O. Krouse

Upper Merion Township, Voting
Districts Gulph 1, Gulph 2, King 1,
King 2, Roberts, Swedeland,
Swedesburg

Magisterial District 38-1-10  
Magisterial District Judge Patricia A. Zaffarano

Ambler Borough  
Upper Dublin Township

Magisterial District 38-1-11  
Magisterial District Judge Scott T. Palladino

Pottstown Borough, Voting Districts 2-1, 2-2, 3, 4, 5  
West Pottsgrove Township

Magisterial District 38-1-12  
Magisterial District Judge Edward C. Kropp, Sr.

Pottstown Borough, Voting Districts 1-1, 1-2, 6, 7-1, 7-2  
Lower Pottsgrove Township

Magisterial District 38-1-13  
Magisterial District Judge Jodi L. Griffis

Plymouth Township

Magisterial District 38-1-15  
Magisterial District Judge Denise R. Ashe

Norristown Borough, Voting Districts 1-1, 1-2, 1-3, 2-1

Magisterial District 38-1-16  
Magisterial District Judge Margaret A. Hunsicker-Fleischer

Norristown Borough, Voting Districts 2-3, 4-1, 4-2, 4-3

Magisterial District 38-1-18  
Magisterial District Judge Andrea D. Duffy

Hatfield Township, Voting Districts 1-1, 1-2, 5-1, 5-2  
Montgomery Township

Magisterial District 38-1-19  
Magisterial District Judge Richard H. Welsh

Royersford Borough  
Limerick Township  
Upper Providence Township, Voting Districts Mingo 1, Mingo 2, Trappe

Magisterial District 38-1-20  
Magisterial District Judge Cathleen Kelly Rebar

Collegeville Borough  
Trappe Borough  
Lower Providence Township  
Upper Providence Township, Voting Districts Oaks, Mont Clare

Magisterial District 38-1-21  
Magisterial District Judge Suzan Leonard

North Wales Borough  
Lower Gwynedd Township  
Upper Gwynedd Township  
Whitpain Township

| | |
|---|---|
| Magisterial District 38-1-22<br>Magisterial District Judge Harry J. Nesbitt, III | Hatboro Borough<br>Horsham Township, Voting Districts 1-1, 1-2, 1-3, 1-4, 2-1, 2-2, 2-3, 2-4, 2-5, 3-1, 3-2, 3-3, 3-4, 3-5 |
| Magisterial District 38-1-23<br>Magisterial District Judge Deborah A. Lukens | Conshohocken Borough, Voting Districts 1, 2, 3, 4, 5, 6, 7<br>Whitemarsh Township |
| Magisterial District 38-1-24<br>Magisterial District Judge Albert J. Augustine | Schwenksville Borough<br>Souderton Borough<br>Telford Borough<br>Franconia Township<br>Lower Salford Township<br>Perkiomen Township<br>Skippack Township<br>Worchester Township |
| Magisterial District 38-1-25<br>Magisterial District Judge James P. Gallagher | Bridgeport Borough<br>Upper Merion Township, Voting Districts Belmont 1,2, 3,4,5; Candlebrook 1, 2 |
| Magisterial District 38-1-28<br>Magisterial District Judge Edward J. Levine | Hatfield Borough<br>Lansdale Borough<br>Hatfield Township, Voting Districts 2-1, 2-2, 3-1, 3-2, 4-1, 4-2<br>Towamencin Township |
| Magisterial District 38-2-02<br>Magisterial District Judge Maureen C. Coggins | East Greenville Borough<br>Green Lane Borough<br>Pennsburg Borough<br>Red Hill Borough<br>Marlborough Township<br>Salford Township<br>Upper Hanover Township<br>Upper Salford Township |
| Magisterial District 38-2-03<br>Magisterial District Judge Maurice H. Saylor | Douglass Township<br>Lower Frederick Township |

New Hanover Township
Upper Frederick Township
Upper Pottsgrove Township

Magisterial District 38-2-04
Magisterial District Judge Karen Eisner Zucker

Lower Merion Township, Voting Districts 3-1, 3-2, 3-3, 7-1, 7-2, 7-3, 8-1, 8-3, 9-1, 9-2, 9-3,12-1, 12-2, 12-3, 13-1, 13-2, 13-3, 14-1, 14-2, 14-3

Magisterial District 38-2-08
Magisterial District Judge Jay S. Friedenberg

Bryn Athyn Borough
Lower Moreland Township
Upper Moreland Township, Voting Districts 1-1, 1-2, 2-1, 2-2, 3-1, 3-2, 4-1, 4-2, 5-1, 5-2, 6-1, 6-2, 7-1, 7-2

Magisterial District 38-2-09
Vacant

Norristown Borough, Voting Districts 2-2, 3-1, 3-2, 3-3